VICTOR JACOBELLIS (SBN 278988)
dveroff@merlinlawgroup.com
DANIEL J. VEROFF (SBN 291492)
vjacobellis@merlinlawgroup.com
RUDY TAP (SBN 297650)
rtap@merlinlawgroup.com
**MERLIN LAW GROUP**
601 Montgomery Street, Suite 1925
San Francisco, CA 94111
Tel.: (415) 851-2300
Fax: (415) 960-3882

*Attorneys for Plaintiffs,*
 BETH SULLIVAN and FLYNN RINGWALD

JOSHUA N. KASTAN (SBN 284767)
JNK@dkmlawgroup.com
KERI L. SALET (SBN 318913)
KLS@dkmlawgroup.com
**DKM LAW GROUP, LLP**
50 California Street, Ste. 1500
San Francisco, CA 94111
Tel.: (415) 421-1100
Fax: (415) 842-0095

*Attorneys for Defendant,*
USAA CASUALTY INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETH SULLIVAN and FLYNN RINGWALD, individuals,<br><br>    Plaintiffs,<br><br>  vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a Texas Company; and DOES 1-10;<br><br>    Defendants. | CASE NO. 4:25-cv-00310-AMO<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant USAA CASUALTY INSURANCE COMPANY pursuant to the Federal

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

-2-

Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs of suit and attorneys' fees. The Court retains jurisdiction for settlement purposes.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: June 15, 2026          **MERLIN LAW GROUP**

By: ___/s/ Daniel J. Veroff_____
VICTOR JACOBELLIS
DANIEL J. VEROFF
RUDY TAP

*Attorney for Plaintiffs*,
BETH SULLIVAN and FLYNN RINGWALD

DATED: June 15, 2026          **DKM LAW GROUP, LLP**

By: ___/s/ Joshua N. Kastan_____
JOSHUA N. KASTAN
KERI L. SALET

*Attorneys for Defendant,*
USAA CASUALTY INSURANCE COMPANY

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETH SULLIVAN and FLYNN RINGWALD, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a Texas Company; and DOES 1-10;<br><br>Defendants. | CASE NO.   4:25-cv-00310-AMO<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

## ORDER

The Court having reviewed the foregoing Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) by the Parties, and good cause appearing therefore:

IT IS HEREBY ORDERED that this matter is Dismissed with Prejudice in its entirety.

IT IS SO ORDERED.

Dated:  June 15, 2026                    By: _____

APPROVED

Judge Araceli Martínez-Olguin

UNITED STATES DISTRICT JUDGE

-3-

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)